UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DERRICK MULLINS,

         Plaintiff,

-against-

BAKE & THINGS RESTAURANT INC. and
HUMBLE PIE REALTY LLC,

         Defendants.

---

Case No. 19CV6817

STIPULATION OF VOLUNTARY DISMISSAL

    Plaintiff and defendants, through their undersigned attorneys, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the voluntary dismissal of the above-captioned action against all defendants, with prejudice, and without costs, attorneys' fees, expenses or disbursements to any party as against the other. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute but one and the same instrument.

Dated: September 9, 2021

*Lowell B Davis*

Lowell B, Davis, Esq.
18 Jeffrey Lane
Great Neck, NY 11020
Attorney for Defendants

*Donald J. Weiss*

Donald J, Weiss, Esq.
830 Long Island Avenue
Deer Park, NY 11729
Attorney for Plaintiff